UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Lisa Conger,

                     Plaintiff,                                20 Civ. 5897 (NSR)(AEK)

     -against-                                   **CANCELLATION ORDER**

WESCO Distribution, Inc.,

                     Defendant.

-----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The telephonic conference scheduled for **Monday**, **April 5**, **2021**, at **2:30 p.m.** before

Magistrate Judge Krause is hereby **cancelled**.

Dated:  April 2, 2021
          White Plains, New York

                                    **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge